606 A.2d 354

VERNELL STURDEYVANT, v. NEW JERSEY STATE
INTERSCHOLASTIC ATHLETIC ASSOCIATION.

February 24, 1992.

The appeal from the dismissal of the complaint in the Superior Court, Chancery Division, is dismissed for failure to state a

substantial constitutional question within the meaning of *Rule* 2:2–1(a)(1) and applicable caselaw.